IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALONZO PATRICK** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 04-4968 |
| | : | |
| **JO ANNE B. BARNHART** | : | |
| **Commissioner of the Social Security** | : | |
| **Administration** | | |

## ORDER

**AND NOW,** this 20th day of March, 2006, upon consideration of Plaintiff's Motion for Summary Judgment or, In the Alternative, Plaintiff's Motion for Remand (Document No. 8), the Defendant's Motion for Summary Judgment (Document No. 12), the plaintiff's response, the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Document No. 20), and after a thorough and independent review of the record, and the parties having advised the Court that they waive filing objections to the Magistrate Judge's Report and Recommendation, it is **ORDERED** as follows:

1. The Magistrate Judge's Report is **APPROVED** and her Recommendation is **ADOPTED**;

2. The plaintiff's motion for summary judgment is **GRANTED**.

3. The defendant's motion for summary judgment is **DENIED**.

4. The decision of Commissioner of Social Security is **VACATED** and this case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

     s/ Timothy J. Savage
     TIMOTHY J. SAVAGE, J.